

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-CR-076-RFB |
| Plaintiff, | ) | |
| v. | ) | Preliminary Order of Forfeiture |
| JEFFREY ALAN JAMES, | ) | |
| Defendant. | ) | |

This Court finds that defendant Jeffrey Alan James pled guilty to Counts One through Eight of an Eight-Count Criminal Information charging him in Counts One through Seven with Hobbs Act Robbery – Commercial Institution in violation of Title 18, United States Code, Section 1951(a) and in Count Eight with Bank Robbery in violation of Title 18, United States Code, Section 2113(a). Criminal Information, ECF No. 65; Change of Plea, ECF No. 69.

The in personam criminal forfeiture money judgment is (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1951(a), a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), or a conspiracy to commit such offense and (2) any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 18, United States Code, Section 2113(a), a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c) and Title 21, United States Code, Section 853(p).

This Court finds that Jeffrey Alan James shall pay an in personam criminal forfeiture money judgment of $905 to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Jeffrey Alan James an in personam criminal forfeiture money judgment of $905.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 23 day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE